UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**08 CV 6216**

-------------------------------------------------------X

C. TRANSPORT PANAMAX LTD.,          :

                Plaintiff,          :

    - against -          :

C&MERCHANT MARINE,          :

             Defendant.          :

-------------------------------------------------------X

08 Civ. _____
ECF CASE

RECEIVED
JUL 09 2008
U.S.D.C. S.D. N.Y.
CASHIERS

### DISCLOSURE OF INTERESTED PARTIES PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and

magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney

of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or

affiliates of the Plaintiff:          NONE.

Dated: July 9, 2008
      New York, NY

                    The Plaintiff,
                    C. TRANSPORT PANAMAX LTD.,

By: _____
                    Thomas L. Tisdale (TT 5263)
                    Lauren C. Davies (LD 1980)
                    TISDALE LAW OFFICES, LLC
                    11 West 42nd Street, Suite 900
                    New York, NY 10036
                    (212) 354-0025 – phone
                    (212) 869-0067 – fax
                    ttisdale@tisdale-law.com
                    ldavies@tisdale-law.com