Kaplan, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
C. TRANSPORT PANAMAX LTD.,                  :

        Plaintiff,                                   :

        - against -                                 :         08 Civ. 6216 (LAK)
                                                      :         ECF CASE

C&MERCHANT MARINE,                          :

        Defendant.                                  :
------------------------------------------------------------X

## ORDER OF VOLUNTARY DISMISSAL

Please take notice, there having been no appearance from any Defendants that the above-captioned matter be and hereby is voluntarily dismissed without prejudice and without costs to any party pursuant to Federal Rule of Civil Procedure 41(a). The attachment is hereby vacated and the garnishees are directed to release any funds that they may have secured.

Dated: New York, NY
July 15, 2008

By: _____
Thomas L. Tisdale (TT5263)
TISDALE LAW OFFICES, LLC
11 West 42nd Street, Suite 900
New York, NY 10036
(212) 354-0025
(212) 869-0067 – fax
ttisdale@tisdale-law.com

_____
U.S.D.J.

7/17/08

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/17/08